UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

CHARLISSE SANTANA-RUIZ,

       Plaintiff,

       - against -

METROPOLITAN DIAGNOSTIC IMAGING
GROUP, LLC,

       Defendant.
-----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-20-13

13 Civ. 0417 (ALC)

ORDER OF DISCONTINUANCE

ANDREW L. CARTER, JR., United States District Judge:

It having been reported to the Court that this case has been settled by letter dated September 20, 2013, which is attached to this Order, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:   New York, New York
       September 20 , 2013

Andrew L. Carter, Jr.
United States District Judge

# LAW OFFICES of
# GAIL I AUSTER
## and ASSOCIATES

**Gail I. Auster, Esq.**
Law Offices of Gail I. Auster & Associates, P.C.

17 Battery Place I Suite 711 I New York, NY 10004
212 864 3461 *office* I 914 707 4000 *cell* I 212 864 2228 *fax* I *gailauster@lawauster.com*



September 20, 2013

Judge Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl Street
New York, NY    10007

Re: Santana-Ruiz v. Metropolitan Diagnostic Imaging Group, LLC
Index Number: 13-CV-0417 (ALC)(MHD)

Dear Judge Carter:

This office represents the Mediator in the above referenced matter. This letter is to advise the Court that Ms. Auster's mediation session with Plaintiff and Defendant was successful and the case settled. I am sending an email copy of this letter to counsel for both parties and the mediation office, since the email June 27, 2013 from counsel stated that a "stipulation discontinuing the case will be filed shortly."

Please feel free to contact this office if you have any questions or require additional information. Thank you.

Respectfully submitted,

Ellen Mayer
Paralegal

By email to ALCarterNYSDChambers@nysd.uscourts.gov

Copy by email to:
    greg@ottingerlaw.com
    pcampisi@westermanllp.com
    MediationOffice@nysd.uscourts.gov